AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **DEMETRIUS PETTWAY** | CASE NUMBER: |
| **DOB:  XX/XX/1968** | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  __July 1, 2005__  in  __Washington, D.C.__  county, in the District of  __Columbia__  defendant(s) did, (Track Statutory Language of Offense)

False Statement in Application for a Passport.

in violation of Title  __18__  United States Code, Section(s)  __1542__ .

I further state that I am  __John Thomas Mazzuchi, Special Agent with U.S. Department of State, Diplomatic Security Service__ , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, Heidi M. Pasichow  (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
John Thomas Mazzuchi, Special Agent
U.S. Department of State
Diplomatic Security Service

_____
Date

at   __Washington, D.C.__
       City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer