RULE 20

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-401 |
| v. | : | MAGISTRATE NO. 05-429M-01 (CR) |
| DEMETRIUS PETTWAY, | : | VIOLATION: 18 U.S.C. §1542 |
| also known as Sylvester Anthony Francis, | : | (False Statements in Application and Use |
| Defendant. | : | of Passport) |

INFORMATION

FILED
NOV 0 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SULLIVAN, J. EGS

A

The United States Attorney charges that:

COUNT ONE

On or about July 1, 2005, within the District of Columbia, defendant, **DEMETRIUS PETTWAY, also known as Sylvester Anthony Francis**, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his own use of issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant states he was Sylvester Anthony Francis, born in the City of New York on November 18, 1974, with a Virginia's driver's license in the same name, which statements he knew to be false.

(**False Statements in Application and Use of a Passport**, in violation of Title 18, United States Code, Section 1542)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
HEIDI PASICHOW
Assistant United States Attorney
D.C. Bar # 370-686
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7533