**RULE 20**

In the United States District Court

for the _____ District of **Columbia**    05-401

United States of America

v.

**Demetrius Pettway**

Criminal No. **05-0429M-01**

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

**FILED**

NOV 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **Demetrius Pettway**, defendant, have been informed that a **complaint** (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead **guilty** (guilty, nolo contendere) to the offense charged, to consent to the disposition of the case in the **Southern** District of **New York** in which I **am held** (am under arrest, am held) and to waive trial in the above captioned District.

Dated: **August 30**, 19 **2005** at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

**Ken Wainstein (HMP)**
~~by Hedra Pao chow~~
United States Attorney for the
District of
**Columbia**

**Michael J. Garcia**
~~David N. Kelley~~
by AUSA Strauber
United States Attorney for the **Southern** District of
**New York**