FORM OBD-101 Formerly C-16
8-27-74

05-1401

# RULE 20—TRANSFER NOTICE

| TO: US District Court | DISTRICT of Columbia | DATE NOV 0 8 2005 |
|---|---|---|
| NAME OF SUBJECT: Demetrius Pettway | STATUTE VIOLATED 18 USC 1542 | FILE DATA (Docket and Number) Case number 05-0429M-01 |

## PART A—DISTRICT OF ARREST

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☐ Other (Specify):

RULE 20

FILED
NOV 0 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA     DATE OF SENTENCE     SENTENCE

Michael J. Garcia

| FROM (Signature and Title): ~~David N. Kelley~~, US Attorney, Southern District of NY. By AUSA Strauber | ADDRESS One Saint Andrew's Plaza New York, NY 10007 |

## PART B—DISTRICT OF OFFENSE

☐ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ____ on ____ at ____ o'clock. (Kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies of indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| SIGNATURE (Name and Title) | DISTRICT | DATE |
|---|---|---|
| | | |

See United States Attorneys Manual, Title 2, pp 11-16.2 and United States Attorneys Bulletin (Appendix) Vol 9, No 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p 44.1, United States Attorneys Manual.

DOJ